APRIL 2, 1990

No. 89–6561. MOSS v. UNITED STATES. C. A. 11th Cir. Certiorari dismissed.

No. — — ——. KEANE v. NEW YORK. Motion to direct the Clerk to docket an appeal that does not comply with the Rules of this Court denied.

No. A–683. VASQUEZ, WARDEN v. HARRIS. Application of the Attorney General of California to vacate the order of the United States Court of Appeals for the Ninth Circuit, dated March 30, 1990, staying the execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. THE CHIEF JUSTICE, JUSTICE SCALIA, and JUSTICE KENNEDY would grant the application.

No. D–851. IN RE DISBARMENT OF DWORKIN. Disbarment entered. [For earlier order herein, see 493 U. S. 1040.]

No. D–886. IN RE DISBARMENT OF MCCANN. It is ordered that Frank Moses McCann, of Lynchburg, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–887. IN RE DISBARMENT OF ARAGON. It is ordered that Leopoldo Thomas Aragon, of Jackson, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.